IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALOYSIUS M OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:14-CV-00315-NJR-DGW |
| | ) |
| HOWARD HARNER, RICK HARRINGTON, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On March 10, 2014, Plaintiff Aloysius M. Oliver filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging the denial of his request for a kosher diet that conforms with the tenets of his religion. The case comes before the Court on a Report and Recommendation entered on July 10, 2014, by Magistrate Judge Donald G. Wilkerson (Doc. 24). In the Report and Recommendation, Magistrate Judge Wilkerson recommends that the Court deny the Motion for Preliminary Injunction filed by Oliver (Doc. 19).

The parties were informed that their deadline for objecting to the Report and Recommendation was July 28, 2014—a date that has come and gone. Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is*

*made.*") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson*, 170 F.3d at 739 (citations omitted).

Finding no clear error, the undersigned accordingly **ADOPTS** Magistrate Judge Wilkerson's Report & Recommendation (Doc. 24) in its entirety and **DENIES** the Motion for a Preliminary Injunction (Doc. 19).

**IT IS SO ORDERED.**

**DATED:** August 1, 2014

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**United States District Judge**